COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:         Lavoshae Wygal v. The State of Texas

Appellate case number:       01-15-00771-CR

Trial court case number:     1980566

Trial court:                 County Criminal Court at Law No. 10 of Harris County

On March 3, 2016, this case was abated and remanded to the trial court to conduct a hearing within 30 days of that order to determine whether, *inter alia*, the reporter's record was lost or destroyed. On April 7, 2016, the reporter's records were filed in this Court, and appear to be the complete reporter's records for this case, making an abatement hearing no longer necessary. Because the clerk's record was filed in this Court on October 6, 2015, the filing of the appellate record appears to be complete.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket and to withdraw the Order of Abatement.

Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(2).

The State's brief, if any, is **ORDERED** to be filed within **30 days** of the date of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually    ☐ Acting for the Court

Date: April 19, 2016